# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2014

### NO. 03-13-00261-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Micah McHugh, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on April 1, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment reinstating the ALJ's administrative order authorizing appellant to suspend appellee's driver's license for 180 days. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.